UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NOAH'S ARK, INC.<br>*A Massachusetts corporation individually and as the representative of a class of similarly-situated persons doing business as Winchester Animal Clinic*<br><br>Plaintiff,<br><br>v.<br><br>WEDGEWOOD VILLAGE PHARMACY INC. and JOHN DOES 1-10<br><br>Defendant. | Civil Action No.<br>1:16-cv-10068 LTS |

## 45 DAY SETTLEMENT ORDER OF DISMISSAL & CLOSING ORDER

SOROKIN, J

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 45 days if settlement is not consummated.

By the Court,

/s/ Maria Simeone
Courtroom Deputy Clerk
The Honorable Leo T. Sorokin

To: All Counsel