**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NOAH'S ARK, INC. d/b/a Winchester<br>Animal Clinic, a Massachusetts corporation,<br>individually and as the representative of a<br>class of similarly-situated persons, | )<br>)<br>)<br>) |
| | ) Civil Action No.: 1:16-cv-10068 |
| Plaintiff, | )<br>) **CLASS ACTION** |
| v. | )<br>) |
| WEDGEWOOD VILLAGE PHARMACY,<br>INC. and  JOHN DOES 1-10, | )<br>)<br>) |
| Defendants. | )<br>) |

<u>**JOINT STIPULATION OF DISMISSAL**</u>

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, SANDUSKY WELLNESS

CENTER, LLC, and Defendant, WEDGEWOOD VILLAGE PHARMACY, INC., through their

undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice, the class

allegations without prejudice, each side to bear its own costs.

Respectfully submitted,

By: <u>s/ Brian J. Wanca</u>
Brian J. Wanca
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Tel. (847) 368-1500
Fax (847) 368-1501
bwanca@andersonwanca.com
rkelly@andersonwanca.com

and:

By: <u>s/ Patricia R. Rich</u>
Patricia R. Rich (BBO #640578
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA  02110-1724
Tel.  (857) 488-4200
Fax (857) 488-4201
prich@duanemorris.com

and:

Alan L. Cantor, BBO  #072360
 SWARTZ & SWARTZ
10 Marshall Street
25th Floor
Boston, MA 02108
Tel. (617) 742-1900
Fax (617) 367-7193
acantor@swartzlaw.com
jswartz@swartzlaw.com

*Attorneys for Plaintiff Noah's Ark, Inc.*

Rachael G. Pontikes
Emily L. Hussey
DUANE MORRIS LLP
190 South LaSalle Street, Suite 3700
Chicago, IL  60603-3433

*Attorneys for Defendant Wedgewood Village
Pharmacy, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2016, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/Brian J. Wanca